UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Angela Collela


        v.                          Civil No. 10-cv-379-SM


Albert Wright


        Re: Document No. 4, Motion to Dismiss


        Ruling: Treating the motion, as requested, as a motion to
dismiss, it is granted.  The complaint (removed writ) is conclusory
and fails to allege facts sufficient, if accepted as true, to state
a claim to relief that is plausible on its face, or sufficient to
give rise to reasonable inferences supporting defendants' claimed
liability.  See Ashcroft v. Iqbal , 556 U.S. ___, 129 S. Ct. 1937
(2009).  Plaintiff assented to Defendant Wright's motion for more
definite statement, yet  she has not filed one, despite being
reminded by Defendant Wright to do so.  Parenthetically, the John
Doe defendant has not been identified, and the complaint suffers
the same deficiencies with respect to the "Doe" defendant.  The
complaint is dismissed without prejudice.


Date:  November 15, 2010                  _____
                                          Steven J. McAuliffe
                                          Chief Judge

```
cc:   Richard N. Foley, Esq.
      Corey M. Belobrow, Esq.
```